# EXHIBIT "A"

**THE MYERS FIRM**
By: Patrick Finn, Esquire
Attorney I.D. No. 209587
1515 Market Street, Suite 810
Philadelphia, PA 19102
(215) 988-1229
patrick@mflaw.com

THIS IS NOT AN ARBITRATION CASE
ASSESSMENT OF DAMAGES IS REQUIRED
JURY TRIAL IS DEMANDED

*Attorneys for Plaintiff*
*Elena Kolchinsky*

*Filed and Attested by the*
*Office of Judicial Records*
*01 JUN 2020 02:42 pm*
*A. SILIGRINI*

| | |
|---|---|
| ELENA KOLCHINSKY<br>851 Kent Lane<br>Philadelphia, PA 19115<br><br>       *Plaintiff,*<br><br>v.<br><br>THE CITY OF PHILADELPHIA<br>1515 Arch Street<br>17th Floor<br>Philadelphia, PA 19102<br>       *Defendant.* | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY<br><br>TERM, 2020<br><br>NO. |

## CIVIL ACTION COMPLAINT
### Personal Injury

**"NOTICE"**

You have been sued in Court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this Complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the Court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the Court without further notice for any money claimed in the Complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER. IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.

LAWYER REFERENCE SERVICE
One Reading Center
1101 Market Street
Philadelphia, Pennsylvania 19107
(215) 238-6333

**"AVISO"**

Le han demandado en corte. Si usted desea defender contra las demandas dispuestas en las páginas siguientes, usted debe tomar la acción en el plazo de veinte (20) días después de esta queja y se sirve el aviso, incorporando un aspect escrito personalmente o y archivando en escribir con la corte sus defensas u objeciones a las demandas dispuestas contra usted el abogado le advierte que que si usted no puede hacer así que el caso puede proceder sin usted y un juicio se puede incorporar contra usted compra la corte sin aviso adicional para cualquier dinero demandado en la queja o para cualquier otra demanda o relevación pedida por el demandante. Usted puede perder el dinero o la característica de otra endereza importante a usted.

USTED DEBE LLEVAR ESTE PAPEL SU ABOGADO INMEDIATAMENTE. SI USTED NO HACE QUE UN ABOGADO VAYA A O LLAME POR TELÉPHONO La OFICINA DISPUESTA ABAJO. ESTA OFICINA PUEDE PROVEER DE USTED LA INFORMACIÓN SOBRE EMPLEAR DE UN ABOGADO. SI USTED NO PUEDE PERMITIRSE AL HIRE A UN ABOGODO, ESTA OFICINA PUEDE PODER PROVEER DE LA INFORMACIÓN SOBRE LAS AGENCIAS QUE LOS SERVICIOS JURIDÍCOS DE LA OFERTA DE MAYO A LAS PERSONAS ELEGIBLES EN UN HONORARIO REDUCIDO O NINGÚN HONORARIO.

SERVICIO DE REFERENCIA LEGAL
One Reading Center, 1101 Market Street
Filadelfia, Pennsylvania 19107
Teléphono (215) 238-6333

| | |
|---|---|
| **THE MYERS FIRM**<br>By: Patrick Finn, Esquire<br>Attorney I.D. No. 209587<br>1515 Market Street, Suite 810<br>Philadelphia, PA 19102<br>(215) 988-1229<br>patrick@mflaw.com | THIS IS NOT AN ARBITRATION CASE<br>ASSESSMENT OF DAMAGES IS REQUIRED<br>JURY TRIAL IS DEMANDED<br><br>*Attorneys for Plaintiff*<br>*Elena Kolchinsky* |

| | | |
|---|---|---|
| ELENA KOLCHINSKY<br>851 Kent Lane<br>Philadelphia, PA 19115 | : <br> : <br> : | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY |
| *Plaintiff,* | : <br> : | TERM, 2020 |
| v. | : <br> : | |
| THE CITY OF PHILADELPHIA<br>1515 Arch Street<br>17th Floor<br>Philadelphia, PA 19102<br>    *Defendant.* | : <br> : <br> : <br> : <br> : | NO. |

Elena Kolchinsky, by her undersigned counsel, for her Complaint against defendant The City of Philadelphia avers as follows:

### The Parties

1. The plaintiff, Elena Kolchinsky, is an adult citizen and resident of the Commonwealth of Pennsylvania, residing at 851 Kent Lane, Philadelphia, PA 19115.

2. The defendant, The City of Philadelphia, is the owner and maintainer of the subject sidewalk and metal grate and is amenable to service at its Law Department, located at 1515 Arch Street, 17th Floor, Philadelphia, PA 19102.

Case ID: 200600063

## Jurisdiction and Venue

3. The Court has original jurisdiction over the causes of action asserted herein pursuant to 42 Pa. C.S.A. § 931.

4. Venue is properly laid in this Court pursuant to Pennsylvania Rules of Civil Procedure 1006, 2130 and 2179. The cause of action against the defendant arose in Philadelphia County, and all transactions and occurrences out of which all causes of action arise took place in Philadelphia County.

5. On or about June 7, 2018, Ms. Kolchinsky was walking southbound on 12th Street between Sansom and Walnut Streets in Philadelphia.

6. Continuing down 12th Street, just after crossing Moravian Street, Ms. Kolchinsky tripped and was caused to fall by a warped and raised metal grate located on 12th Street near the southeast corner of the 12th Street and Moravian Street intersection.

7. The City of Philadelphia was negligent and careless in the following respects:

   (a) Failure to use ordinary care to furnish Ms. Kolchinsky with a reasonably safe place to walk;
   (b) Failure to remove tripping hazards in a foreseeable walking area;
   (c) Failure to inspect the grate and surrounding area to discover tripping hazards;
   (d) Failure to properly maintain the grate and surrounding area;
   (e) Failure to properly repair the grate and surrounding area;
   (f) Failure to warn Ms. Kolchinsky of the tripping hazard.

8. As a direct and proximate result of the negligence set forth above, Ms. Kolchinsky was caused to suffer severe and permanent injuries, severe shock to her nerves and nervous

systems, aggravation, acceleration and/or activation of any and all pre-existing ailments and/or conditions, including a right central sulcus subarachnoid hemorrhage, bilateral nasal bone fractures, nasal septal fracture, left medial wall orbital fracture, deviated nasal septum, intraoral upper lip laceration and fracture and avulsion of porcelain-fused-to-metal crown on her maxillary central incisor. She also sustained injuries to her left knee and lower back.

9. As a direct and proximate result of the negligence set forth above, Ms. Kolchinsky was obliged to receive extensive medical attention and treatment and will continue to receive treatment and be required to expend considerable amounts of money for medical care in order to effect a cure and/or diminution of the aforesaid injuries.

10. As a direct and proximate result of the negligence set forth above, Ms. Kolchinsky has incurred in the past and will continue to incur into the future additional financial expenses or losses which she is entitled to recover.

11. As a direct and proximate result of the negligence set forth above, Ms. Kolchinsky has been, continues to be, and in the future will be, prevented from attending to her usual activities, to her great detriment, damage and loss.

12. As a direct and proximate result of the negligence set forth above, Ms. Kolchinsky has suffered great pain, suffering, inconvenience, mental suffering and loss of ordinary pleasures of life, and may continue to suffer indefinitely into the future.

Case ID: 200600063

WHEREFORE, Plaintiff Elena Kolchinsky demands judgment in her favor and against Defendant, The City of Philadelphia, in an amount in excess of Fifty Thousand Dollars ($50,000.00), together with interest, costs, fees and such other and further relief the Court and jury shall deem appropriate.

THE MYERS FIRM, ATTORNEYS AT LAW

BY: _____
Patrick J. Finn, Esquire
Attorney for Plaintiff
Elena Kolchinsky

Dated: June 1, 2020

Case ID: 200600063

## **VERIFICATION**

I, Patrick J. Finn, Esquire, hereby verify that the averments contained in the Complaint are true and correct to the best of my knowledge, information and belief. I understand that this Verification is made subject to the penalties of 18 Pa. C.S.A. §4904, relating to unsworn falsification to the authorities.

                                                                                    _____
                                                                                    Patrick J. Finn

Date: June 1, 2020

Case ID: 200600063